UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff(s),<br><br>v.<br><br>DASHAWN HAMPTON,<br><br>                Defendant(s). | 24-CR-152-2 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court has been advised that the Defendant may want to enter a change of plea. Accordingly, the parties shall appear for a conference with the Court on **April 1, 2024**, at **10:30 a.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: March 22, 2024
       New York, New York

                                          DALE E. HO
                                United States District Judge