UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DASHAWN HAMPTON,<br>                    Defendant. | 24-CR-152-2 (DEH)<br><br>REVISED SCHEDULING ORDER |

DALE E. HO, United States District Judge:

Due to a conflict in the Court's calendar, IT IS HEREBY ORDERED that the sentencing in this matter, previously scheduled for July 10, 2024, at 10:00 a.m. is RESCHEDULED for **July 17, 2024, at 11:00 a.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

IT IS FURTHER ORDERED that the deadline for the Government's sentencing submissions remains the same (i.e., July 3, 2024).

SO ORDERED.

Dated: June 28, 2024
       New York, New York

*[signature]*

DALE E. HO
United States District Judge