UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DASHAWN HAMPTON,<br><br>Defendant. | 24-CR-152-2 (DEH)<br><br>REVISED SCHEDULING ORDER |

DALE E. HO, United States District Judge:

IT IS HEREBY ORDERED that the sentencing in this matter, previously scheduled for

July 17, 2024, at 11:00 a.m. is RESCHEDULED for **July 15, 2024, at 11:30 a.m.** in **Courtroom**

**905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

IT IS FURTHER ORDERED that the deadline for the Government's sentencing

submissions remains the same (i.e., July 3, 2024).

SO ORDERED.

Dated: June 28, 2024
New York, New York

DALE E. HO
United States District Judge